Paul R.J. Connolly, OSB #844090
paul@connollypc.com
Kevin J. Jacoby, OSB #063783
Tyler P. Malstrom, OSB #094325
tyler@connollypc.com
2731 Twelfth St. SE
PO Box 3095
Salem, OR 97302
Phone: (503) 585-2054
Fax: (503) 584-7037
　　　Of Attorneys for Plaintiff.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NEAL A. HAUSAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOMECOMINGS FINANCIAL, LLC; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LSI TITLE OF OREGON, LLC; and EXECUTIVE TRUSTEE SERVICES, LLC,<br><br>　　　　Defendants. | Case No.:<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER |

　　COMES NOW Plaintiff Neal A. Hausam, by and through his attorneys Paul R.J. Connolly and Kevin J. Jacoby, and move the court for a temporary restraining order and order to show cause why a preliminary injunction should not enter.  The purpose of the temporary restraining order is to enjoin the Defendants from proceeding with a foreclosure sale of the Plaintiff's sole residence, which is currently scheduled to occur on Monday, December 7, 2009.  Because of the limited resources available to Plaintiff and the status

Page 1 - MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO
SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER

Law Office of Paul R.J. Connolly
2731 12th Street SE | PO Box 3095
Salem, OR 97302
Ph: 503.585.2054 | Fax: 503.584.7037

of the parties, Plaintiff requests a nominal bond of $1.

This motion is supported by FRCP 65, the pleadings on file, the Declaration of Neal A. Hausam, and the memorandum filed herewith.

The undersigned certifies that on December 3, 2009, the undersigned notified the Defendants of Plaintiff's intention to seek temporary injunctive relief. This certification is supported by the Declaration of Paul R.J. Connolly, filed herewith.

WHEREFORE, based upon the facts set forth in the Declarations of Neal Hausam and Paul R.J. Connolly, and arguments set forth in the memorandum, Plaintiff prays for a temporary restraining order restraining Defendants from proceeding with the sale of Plaintiffs' real property until further order of this court, and an order to show cause why a preliminary injunction should not be entered.

DATED this 3rd day of December, 2009.

By /s/ Paul Connolly
Paul R.J. Connolly, OSB #844090
Kevin J. Jacoby, OSB #063783
Tyler P. Malstrom, OSB #094325
Telephone: (503) 585-2054
Of Attorneys for Plaintiff.

Page 2 - MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ENTER

**Law Office of Paul R.J. Connolly**
2731 12th Street SE | PO Box 3095
Salem, OR 97302
Ph: 503.585.2054 | Fax: 503.584.7037