# Exhibit 17

# just the fax

Date: 7-10-09

To: LOSS MITIGATION          Fax: 1-866-709-4744
Company: HOMECOMINGS FINANCIAL  Phone: 1-800-850-4622
                                      X874-6602 (BRIAN)

From: NEAL HAUSAM          Fax: NONE
Company: ___               Phone: (503) 857-3216

Comments: ACCT #0■■■■■5547

PER PHONE CONVERSATION W/BRIAN TODAY, COPIES OF FOLLOWING
1. BANK STATEMENT SHOWING DIRECT DEPOSIT OF SOCIAL
SECURITY CHECKS FOR 5/20/09 & 6/17/09 FOR $1311.00 EACH.
2. DEPOSIT OF 1/2 MONTH RENTAL CHECK ON 6/01 FOR $1500.00
3. COPY OF PREDATED 1/2 MONTH RENTAL CHECK #1799 FOR $1500.

**EXHIBIT 17**

3 Total Pages

Hausam 056

NEAL A HAUSAM

Page 2 of 4
Statement Period
05-19-09 through 06-18-09
B 12 0 A P PA 12
Number of checks enclosed: 0
Account Number: ●●●●●5666

## Deposit Accounts

## MyAccess Checking
### NEAL A HAUSAM

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | ●●●●●5666 |
| Beginning Balance on 05-19-09 | $ | 944.38 |
| Deposits and Other Additions | + | 4,374.00 |
| Checks Posted | - | 3,491.39 |
| Service Charges and Other Fees | - | 210.00 |
| Other Subtractions | - | 714.82 |
| Ending Balance on 06-18-09 | $ | 902.17 |

### MyAccess Checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| US Treasury 303  Des:Soc Sec    ID:xxxxx8275A  SSA  Indn:Neal A Hausam              Co ID:3031036030 Ppd | 05-20 SOCIAL SECURITY | 1,312.00 |
| US Treasury 303  Des:SSA Erp    ID:xxxxx8275A  SSA  Indn:Neal A Hausam              Co ID:3031036030 Ppd | 05-21 | 250.00 |
| Deposit | 06-01 ½ MONTH RENT | 1,500.00 |
| US Treasury 303  Des:Soc Sec    ID:xxxxx8275A  SSA  Indn:Neal A Hausam              Co ID:3031036030 Ppd | 06-17 SOCIAL SECURITY | 1,312.00 |

Total Deposits and Other Additions $4,374.00

### MyAccess Checking Subtractions

| Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) | Check # | Posting Date | Amount($) |
|---|---|---|---|---|---|---|---|---|
| 1023 | 05-29 | 70.00 | 1033 * | 05-28 | 1,000.00 | 1042 | 06-10 | 41.95 |
| 1024 | 05-28 | 48.05 | 1034 | 06-01 | 39.95 | 1043 | 06-12 | 39.95 |
| 1025 | 05-27 | 10.27 | 1035 | 06-02 | 128.13 | 1044 | 06-12 | 100.00 |
| 1026 | 05-26 | 402.00 | 1036 | 06-02 | 391.15 | 1045 | 06-09 | 212.90 |
| 1027 | 05-26 | 44.00 | 1037 | 06-12 | 37.00 | 1046 | 06-12 | 47.50 |
| 1028 | 06-09 | 407.50 | 1038 | 06-01 | 28.00 | 1047 | 06-15 | 54.00 |
| 1030* | 05-29 | 200.00 | 1039 | 06-04 | 100.00 | 1048 | 06-12 | 7.00 |
| 1032* | 05-28 | 14.54 | 1041* | 06-05 | 67.50 | | | |

\* Gap in sequential check numbers.

Total Checks Posted $3,491.39

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Overdraft Item Fee For Activity Of 06-12 Check #0000001037 | 06-15 | 35.00 |
| Overdraft Item Fee For Activity Of 06-12 Check #0000001043 | 06-15 | 35.00 |
| Overdraft Item Fee For Activity Of 06-12 Check #0000001046 | 06-15 | 35.00 |

Hausam 072

7-10-09 (CONTINUATION)

Trial modification
Then a permanent solution

1311. Escrowing
Incl P & I
C & I
Escrow
1-800-850-4622
Brian x 8746602
noon to 9pm CST.
In Texas.
1st put 30 days further
Hold on foreclosure.

Hausam 055

# just the fax

Date: 7-13-09

To: LOSS MITIGATION          Fax: 1-866-709-4744
Company: HOMECOMINGS FINANCIAL   Phone: 800-850-4622

From: NEAL HAUSAM          Fax: NONE
Company: _____   Phone: (503) 8
Account ▮▮▮▮▮▮▮ 55 47

Comments: PER YOUR PHONE REQUEST ON 7/10/09
1. COPY OF INSURANCE BILLING.
2. COPY OF PROPERTY TAX BILLING
3. COPY OF SOCIAL SECURITY INCOME LETTER

*[signature: Neal Hausam]*

4  Total Pages

Hausam 053