UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NEAL A HAUSAM,

        Plaintiff,

v.

HOMECOMINGS FINANCIAL, LLC, et al.,

        Defendants.

**OPINION & ORDER**

No. Civ. 09-1347-MO

On December 4, 2009 at 2:00 PM, the Court issued the following Temporary Restraining Order:

> [D]efendants Homecoming Financial, LLC; GMAC Mortgage, LLC; Mortgage Electronic Registration Systems, Inc.; LSI Title Company of Oregon, LLC; and Executive Trustee Services, LLC, or any officer, agent, servant, employee, attorney or other persons or entities in active concert or participation [with] any of the above entities and who receive actual notice of this order are hereby restrained from conducting a sale by means of non-judicial foreclosure or any other means of the premises commonly known as 2054 Mousebird Avenue NW, Salem, Polk County, Oregon 97304, and more specifically described in the attached Exhibit A to this Order.

(Order (#8) 3.)

The Temporary Restraining Order (#8) is set to expire at 2:00 PM today, December 18,

Page 1 of 2 - OPINION AND ORDER

2009. Defendants obtained counsel December 17, 2009 (Notice of Appearance (#25)). Counsel now moves the Court to continue the Preliminary Injunction Hearing so that counsel may adequately prepare for the hearing and represent defendants in this matter (Mot. (#28)). Under Federal Rule of Civil Procedure 65(b)(2), defendants consent to an extension of the Temporary Restraining Order until the new hearing date. For the reasons stated on the record, the Court GRANTS defendants' motion (#25). The Temporary Restraining Order (#8) will remain in effect until ____January 6, 2010____, the date of the rescheduled Preliminary Injunction hearing.

IT IS SO ORDERED at  11:00  AM on this 18th day of December, 2009.

/s/ Michael W. Mosman
Michael W. Mosman
U.S. District Court Judge