Paul R.J. Connolly, OSB #844090
paul@connollypc.com
Kevin J. Jacoby, OSB #063783
Tyler P. Malstrom, OSB #094325
2731 Twelfth St. SE
PO Box 3095
Salem, OR 97302
Phone: (503) 585-2054
Fax: (503) 584-7037
    Of Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NEAL A. HAUSAM,<br><br>    Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL, LLC; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LSI TITLE COMPANY OF OREGON, LLC; and EXECUTIVE TRUSTEE SERVICES, LLC,<br><br>    Defendants. | Case No.:09-CV-01437-MO<br><br>STIPULATED NOTICE OF SETTLEMENT<br><br>By Plaintiff Neal A. Hausam and All Defendants |

I.

NOTICE OF SETTLEMENT

Pursuant to LR 41-1(a), the parties to the above-captioned case hereby notify the court that terms of settlement agreed to at the settlement conference on March 31, 2010, held before Magistrate Judge John V. Acosta, have been implemented by the parties, and therefore, it is stipulated that this case should be dismissed with prejudice and without costs or fees to any party.

Page 1 - STIPULATED NOTICE OF SETTLEMENT (LR 41-1(a))

SO STIPULATED this 10th day of June, 2010.

| | |
|---|---|
| By /s/ Paul R.J. Connolly | By /s/ David A. Weibel |
| Paul R.J. Connolly, OSB #844090 | David A. Weibel, OSB #082316 |
| Kevin J. Jacoby, OSB #063783 | Bishop White & Marshall, PS |
| Tyler P. Malstrom, OSB #094325 | 720 Olive Way, Ste #1301 |
| PO Box 3095 | Seattle, WA 98101 |
| Salem, OR 97302 | (206) 622-5306 |
| (503) 585-2054 | Of Attorneys for Defendants. |
| Of Attorneys for Plaintiff. | |

.

Page 2 - STIPULATED NOTICE OF SETTLEMENT (LR 41-1(a))